In the Matter of the Application of WILLIAM H. JACKSON for the Removal of AUSTIN J. YERKS from the Office of Trustee of the Village of Ossining, Westchester County, New York.— Motion to remove respondent from office granted. We concur in the opinion of the learned justice who acted as referee in this matter that the respondent is a man of probity and integrity and that he did not intend to do any wrong; but he has unwittingly violated the law, and under the rule laid down by this court in *Matter of Moran* (145 App. Div. 642) his removal must follow. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

Mrs. MARCUS J. KATZ, Respondent, v. SACUL REALTY CO., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

Mrs. MARCUS J. KATZ, Respondent, v. SACUL REALTY CO., INC., Appellant.— Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

SADIE KWESTEL, Appellant, v. HARRY KWESTEL, Respondent.— Motion to dismiss appeal dismissed in view of the decision in *Kwestel* v. *Kwestel* (*post*, p. ——), decided herewith. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

SIMON J. LAPOF, Respondent, v. LINA POSTULNICK and Another, Appellants. A. POSTULNICK REALTY CORPORATION, Defendant.— Motion to dismiss appeal denied, upon condition that appellants perfect the appeal for the January, 1931, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

LAWRENCE CLEANERS & DYERS, INC., Respondent, v. ABRAHAM WEISS, Appellant.— Motion to dismiss appeal denied, upon condition that appellant perfect the appeal for the January, 1931, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

DENIS T. LYONS, Appellant, v. ISLAND PARK-LONG BEACH, INC., Respondent. — Motion for stay granted, upon condition that within five days from the entry of the order herein plaintiff give an undertaking, with corporate surety, to secure defendant for the use and occupation in the event that plaintiff does not succeed on the appeal; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ. Settle order on notice.

ROSE MAGGI, Appellant, v. GUISEPPI A. SABATINI and ROSA SABATINI, Respondents.— Motion to amend order dated May 31, 1928, granted, and order amended so that, instead of providing that the account therein referred to should be taken and stated before an official referee, it provide that the account be taken and stated before Hon. James C. Van Siclen, official referee. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

HENRY MEYERHOFF and ETTA KOENIG, Respondents, Appellants, v. WILLIAM T. NEMEROV and Another, etc., Appellants, Respondents.— Motion to dispense with the printing of exhibits granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

BARTOLOMEO MOTTOLA, Appellant, v. GIUSEPPE DENTE (Sued Herein as